# United States Bankruptcy Court
## Middle District of Florida

In re    **Shelbran Investments, L. P.**                                                    ,    Case No.   **3:10-bk-10937**

Debtor

Chapter                                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 27,574,200.00 | | |
| B - Personal Property | Yes | 4 | 731,030.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 15,300,994.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 5,878,515.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | Total Assets | | 28,305,230.00 | | |
| | | Total Liabilities | | 21,179,509.00 | |

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shelbran Investments, L. P.**              ,      Case No.   **3:10-bk-10937**

                                     Debtor

Chapter               **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

.

In re  **Shelbran Investments, L. P.**                                   Case No. __3:10-bk-10937__
                                                                  ,
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **12871 South Highway 475, Ocala FL 34480 Horse Farm- 120 Acres of Land and Improvements- 1 6 stall barn 2 18 stall barns 2 apartments 1 house 1 office** | **Fee simple** | - | **6,500,000.00** | **2,268,554.00** |
| **34.5 Acres Land- Gateway Plaza Six Parcels San Jacinto, CA** | **Fee simple** | - | **9,000,000.00** | **5,065,000.00** |
| **38.83 Acres- Gateway Medical San Jacinto, CA** | **Fee simple** | - | **5,500,000.00** | **1,500,000.00** |
| **59.29 Acres in San Jacinto, CA.- Gateway Corporate Debtor has 62% ownership interest - Total Value $5,500,000.00, Total Loan amount $2,875,000.00 Subject to Tenant in Common agreement with Gateway Town Center, LLC** | **Fee simple** | - | **2,114,200.00** | **1,782,500.00** |
| **The Promenade/Odell (53 Acres) San Jacinto, CA** | **Fee simple** | - | **1,000,000.00** | **3,365,000.00** |
| **2 houses 1570 and 1590 Shelbran Court and 2 lots 1510  and 1530 Shelbran Court San Jacinto, CA** | **Fee simple** | - | **1,300,000.00** | **1,064,940.00** |
| **2144 Villines Avenue- Rental Home San Jacinto, CA** | **Fee simple** | - | **140,000.00** | **255,000.00** |
| **Hazeldell Court (2.25 Acres Land), San Jacinto, CA Total Value $150,000.00 Debtor has 50% interest** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Nogales (160 Acres Land, 37 Lots), Nogales, AZ** | **Fee simple** | - | **650,000.00** | **0.00** |
| **Vista Lago Parcel 2 (5 Acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
|  |  | Sub-Total > | **26,354,200.00** | (Total of this page) |

__1__   continuation sheets attached to the Schedule of Real Property

In re   **Shelbran Investments, L. P.**                     ,    Case No.   **3:10-bk-10937**

                                       Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Vista Lago Parcel 5 (5.7 Acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 6 (5.86 Acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 7 (10.34 Acres) Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 8 (10.21 Acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 9 (7.60 acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 10 (7.46 Acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 11 (11.73 Acres), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 12 (8.67 Acres)**<br>**Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 13 (13.97 Acres and Single Family Residence), Hemet, CA** | **Fee simple** | - | **75,000.00** | **0.00** |
| **Vista Lago Parcel 14 (1.67 acres and Rental Home 40720 Gibbel Road)**<br>**Hemet, CA 92544** | **Fee simple** | - | **95,000.00** | **0.00** |
| **18 Acres Commercial Land**<br>**Total Value $2,250,000.00**<br>**SJ Cottonwood 18 GP- Debtor has 20% interest**<br>**San Jacinto, CA** | **Fee simple** | - | **450,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,220,000.00** | (Total of this page) |
| Total > | **27,574,200.00** |  |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Shelbran Investments, L. P.**           Case No.    <u>3:10-bk-10937</u>

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Florida Citizens Bank 3201 SW 143rd Place Road Ocala, FL 34473** | - | 1,930.00 |
| | | **Alarion Bank 2510 SE Maricamp Rd. Ocala, FL 34471** | - | 9,100.00 |
| | | **Wells Fargo Bank 32881 Temecula Parkway Temecula, California 92592 checking account** | - | 1,000.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                       Sub-Total >       **12,030.00**
                                                   (Total of this page)

  <u>3</u>   continuation sheets attached to the Schedule of Personal Property

In re   **Shelbran Investments, L. P.**              ,    Case No.   **3:10-bk-10937**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Esperanza in Anza, LLC- 50% interest 20 Acres Residential Land- Total Value $150,000.00 Anza, CA** | - | 75,000.00 |
| | | **Bella Lago 165, LLC- 18.25% interest 165 Acres- 60 Lots- Total Value $1,800,000.00 Hemet, CA** | - | 324,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Promissory Note from Rita Holgate** | - | 305,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 704,000.00 |
| (Total of this page) | |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re  **Shelbran Investments, L. P.**                                  Case No.  __3:10-bk-10937__
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevrolet Suburban Location: 12871 South Highway 475, Ocala FL 34480 | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

                                                              Sub-Total >          15,000.00
                                                           (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Shelbran Investments, L. P.**                    ,        Case No.   **3:10-bk-10937**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 731,030.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re    **Shelbran Investments, L. P.**

Debtor

Case No.    **3:10-bk-10937**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xxxxx0097**<br><br>**Alarion Bank**<br>**2510 SE Maricamp Road**<br>**Ocala, FL 34471** | | | - | | **February 2008**<br>**Mortgage**<br>**12871 South Highway 475, Ocala FL 34480**<br>**Horse Farm- 120 Acres of Land and Improvements-**<br>**1 6 stall barn**<br>**2 18 stall barns** | | | | | |
| | | | | | Value $       **6,500,000.00** | | | | **2,268,554.00** | **0.00** |
| Account No. **xxxxx2276**<br><br>**Bank of America**<br>**P. O. Box 5170**<br>**Simi Valley, CA 93062-5170** | | X | - | | **August 2006**<br><br>**Deed of Trust**<br><br>**2144 Villines Avenue- Rental Home**<br>**San Jacinto, CA** | | | | | |
| | | | | | Value $          **140,000.00** | | | | **255,000.00** | **115,000.00** |
| Account No. **xxxxxx8851**<br><br>**Bank of Hemet**<br>**P. O. Box 20109**<br>**Riverside, CA 92516-0109** | | X | - | | **November 2007**<br><br>**Deed of Trust**<br><br>**2 houses 1570 and 1590 Shelbran Court and**<br>**2 lots 1510  and 1530 Shelbran Court**<br>**San Jacinto, CA** | | | | | |
| | | | | | Value $       **1,300,000.00** | | | | **750,927.00** | **0.00** |
| Account No. **xxxxxx8850**<br><br>**Bank of Hemet**<br>**P. O. Box 20109**<br>**Riverside, CA 92516-0109** | | X | - | | **November 2007**<br><br>**Deed of Trust**<br><br>**2 houses 1570 and 1590 Shelbran Court and**<br>**2 lots 1510  and 1530 Shelbran Court**<br>**San Jacinto, CA** | | | | | |
| | | | | | Value $       **1,300,000.00** | | | | **314,013.00** | **0.00** |

**1**    continuation sheets attached

Subtotal
(Total of this page)

**3,588,494.00**          **115,000.00**

In re __Shelbran Investments, L. P._____ ,   Case No. __3:10-bk-10937_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | 38.83 Acres- Gateway Medical San Jacinto, CA | | | | | |
| **Encore Income Fund** **c/o Randy Wastal** **4405 Manchester Avenue, #106** **Encinitas, CA 92024** | X | - | | | | | | | | |
| | | | | | Value $         5,500,000.00 | | | | 1,500,000.00 | 0.00 |
| Account No. xxxxxx8268 | | | | | **July 2003** **Deed of Trust** | | | | | |
| **Independence Bank** **P. O. Box 9589** **Newport Beach, CA 92658** | X | - | | | **34.5 Acres Land- Gateway Plaza** **Six Parcels** **San Jacinto, CA** | | | | | |
| | | | | | Value $         9,000,000.00 | | | | 5,065,000.00 | 0.00 |
| Account No. | | | | | **March 2004** **Deed of Trust** | | | | | |
| **Odell Income Fund** **c/o Randy Wastal** **4405 Manchester Avenue, #106** **Encinitas, CA 92024** | X | - | | | **The Promenade/Odell (53 Acres)** **San Jacinto, CA** | | | | | |
| | | | | | Value $         1,000,000.00 | | | | 3,365,000.00 | 2,365,000.00 |
| Account No. | | | | | **January 2008** **Deed of Trust** **59.29 Acres in San Jacinto, CA.-** **Gateway Corporate** **Debtor has 62% ownership interest -** **Total Value $5,500,000.00, Total Loan** **amount $2,875,000.00** **Subject to Tenant in Common** | | | | | |
| **Ramona Business Park** **12250 El Camino Real** **San Diego, CA 92130** | X | - | | | | | | | | |
| | | | | | Value $         3,410,000.00 | | | | 1,782,500.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 11,712,500.00 | 2,365,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 15,300,994.00 | 2,480,000.00 |

.

In re   **Shelbran Investments, L. P.**                                              Case No.   **3:10-bk-10937**
                                                    ,
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**   continuation sheets attached

In re **Shelbran Investments, L. P.** , Case No. **3:10-bk-10937**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Bookkeeping Service | | | | |
| **Accurate Business Services** **P. O. Box 1481** **Temecula, CA 92593-1481** | | - | | | | | | | 915.00 |
| Account No. | | | | | Insurance Services | | | | |
| **Allied Insurance** **P. O. Box 51540** **Los Angeles, CA 90051-4540** | | - | | | | | | | 0.00 |
| Account No. | | | | | Telephone Services | | | | |
| **AT&T** **P. O. Box 6017** **Los Angeles, CA 90060-0017** | | - | | | | | | | 0.00 |
| Account No. | | | | | Engineering Services | | | | |
| **Blaine Worner Civil Engineer** **41555 E. Florida Avenue, #G** **Hemet, CA 92544** | | - | | | | | | | 6,000.00 |

| | | |
|---|---|---|
| __4__ continuation sheets attached | Subtotal (Total of this page) | 6,915.00 |

In re  **Shelbran Investments, L. P.**                                         ,                    Case No.   **3:10-bk-10937**
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx93-02** | | | **Water Services** | | | | |
| **Eastern Municpal Water Dist** **P. O. Box 8301** **Perris, CA 92572-8301** | - | | | | | | 0.00 |
| Account No. | | | **Legal Services** | | | | |
| **Law Office of Kent G. Snyder** **2212 Dupont Drive, #B** **Irvine, CA 92612** | - | | | | | | 30,000.00 |
| Account No. | | | **2009** **Money lent for improvements to horse farm** | | | | |
| **Lucky Warrior Farm & Ranch** **Charles Underbrink** **13009 S. Highway 475** **Ocala, FL 34480** | | | | | | | 325,000.00 |
| Account No. | | | **Pool Service for** **1570 Shelbran Court and 1590 Shelbran Court** | | | | |
| **Mountain View Pool Service** **P. O. Box 1893** **San Jacinto, CA 92581** | - | | | | | | 0.00 |
| Account No. | | | **Design Services** | | | | |
| **Nadel Studio One, Inc.** **4435 Eastgate Mall, #100** **San Diego, CA 92121** | - | | | | | | 3,000.00 |

Sheet no. _**1**_ of _**4**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **358,000.00**

In re **Shelbran Investments, L. P.** ,                     Case No. **3:10-bk-10937**

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Gardening/Landscaping at The Enclave on Shelbran Court | | | | |
| Randy Flores 3040 Vista Way Hemet, CA 92544 | | - | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Lawsuit- alleged breach of contract | | | | |
| Riverside County Trans. Comm P. O. Box 12008 Riverside, CA 92502-2208 | X | - | | | | X | |
| | | | | | | | 5,500,000.00 |
| Account No. | | | Legal Services | | | | |
| Rutan & Tucker, LLP 611 Anton Blvd., 14th Floor Costa Mesa, CA 92626 | | - | | | | | |
| | | | | | | | 600.00 |
| Account No. xxxxxx3911 | | | Utilities | | | | |
| Southern California Edison P. O. Box 600 Rosemead, CA 91771-0001 | | - | | | | | |
| | | | | | | | 0.00 |
| Account No. xxxxxx4774 | | | Utilities 1570 Shelbran Court | | | | |
| Southern California Edison P. O. Box 600 Rosemead, CA 91771-0001 | | - | | | | | |
| | | | | | | | 0.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **5,500,600.00**

In re __Shelbran Investments, L. P.__ ,       Case No. __3:10-bk-10937__

                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4807**<br><br>**Southern California Edison**<br>**P. O. Box 600**<br>**Rosemead, CA 91771-0001** | - | | **Utilities**<br>**1590 Shelbran Court** | | | | 0.00 |
| Account No. **xxxxxxx8284**<br><br>**Southern California Gas Co.**<br>**Box C**<br>**Monterey Park, CA 91756** | - | | **Utilities**<br>**1570 Shelbran Court** | | | | 0.00 |
| Account No. **xxxxxxx0938**<br><br>**Southern California Gas Co.**<br>**Box C**<br>**Monterey Park, CA 91756** | - | | **Utilities**<br>**1590 Shelbran Court** | | | | 0.00 |
| Account No. **xxxx-xx41-23**<br><br>**State Farm Insurance**<br>**Insurance Support Center**<br>**P. O. Box 680001**<br>**Dallas, TX 75368-0001** | - | | **Insurance** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxx3606**<br><br>**Verizon**<br>**P. O. Box 9688**<br>**Mission Hills, CA 91345-9688** | - | | **Telephone Service**<br>**1570 Shelbran Court** | | | | 0.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            **0.00**
(Total of this page)

In re __Shelbran Investments, L. P.__ , Case No. __3:10-bk-10937__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx6604**<br><br>**Verizon**<br>**P. O. Box 9688**<br>**Mission Hills, CA 91345-9688** | - | | **Telephone Service**<br>**1590 Shelbran Court** | | | | **0.00** |
| Account No.<br><br>**Weiss and Company**<br>**Kenneth Weiss**<br>**5151 Shorne Place, #210**<br>**San Diego, CA 92122** | - | | **Accounting Services** | | | | **13,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **13,000.00** |
| Total<br>(Report on Summary of Schedules) | **5,878,515.00** |

In re    __Shelbran Investments, L. P.__                     ,    Case No. __3:10-bk-10937__

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Accurate Business Services**<br>P. O. Box 1481<br>Temecula, CA 92593-1481 | Bookkeping Services |
| **Allied Insurance**<br>P. O. Box 51540<br>Los Angeles, CA 90051-4540 | Insurance Contract |
| **Blaine Worner Civil Engineer**<br>41555 E. Florida Avenue, #G<br>Hemet, CA 92544 | Engineering Services Contract |
| **Dave Hutchinson**<br>Vista Lago 13<br>Hemet, CA 92544 | Month to Month Lease $450 per month |
| **Joshua Miller**<br>40720 Gibbel Road<br>Hemet, CA 92544 | Month to Month Lease $250 per month |
| **Lankford & Associates, Inc.**<br>655 West Broadway<br>Suite 1450<br>San Diego, CA 92101 | Contract for Sale of 31.67 acres of property in San Jacinto, CA |
| **Lankford & Associates, Inc.**<br>655 West Broadway<br>Suite 1450<br>San Diego, CA 92101 | Contract for Sale of 27.96 acres of property in San Jacinto, CA |
| **Mountain View Pool Service**<br>P. O. Box 1893<br>San Jacinto, CA 92581 | Pool Services Contract |
| **Nadel Studio One, Inc.**<br>4435 Eastgate Mall, #100<br>San Diego, CA 92121 | Architectural Services |
| **Randy Flores**<br>3040 Vista Way<br>Hemet, CA 92544 | Landscaping Services |
| **Southern California Edison**<br>P. O. Box 600<br>Rosemead, CA 91771-0001 | Solar Power contract |

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Shelbran Investments, L. P.**         Case No.   **3:10-bk-10937**

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **State Farm Insurance**<br>**Insurance Support Center**<br>**P. O. Box 680001**<br>**Dallas, TX 75368-0001** | **Insurance Contract** |
| **Verizon**<br>**P. O. Box 9688**<br>**Mission Hills, CA 91345-9688** | **Cell Phone** |
| **Weiss and Company**<br>**Kenneth Weiss**<br>**5151 Shorne Place, #210**<br>**San Diego, CA 92122** | **Account Services** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Shelbran Investments, L. P.**                                Case No.   **3:10-bk-10937**

_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Odell Income Fund**<br>**c/o Randy Wastal**<br>**4405 Manchester Avenue, #106**<br>**Encinitas, CA 92024** | **Ramona Business Park**<br>**12250 El Camino Real**<br>**San Diego, CA 92130** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Bank of America**<br>**P. O. Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Bank of Hemet**<br>**P. O. Box 20109**<br>**Riverside, CA 92516-0109** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Bank of Hemet**<br>**P. O. Box 20109**<br>**Riverside, CA 92516-0109** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Encore Income Fund**<br>**c/o Randy Wastal**<br>**4405 Manchester Avenue, #106**<br>**Encinitas, CA 92024** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Odell Income Fund**<br>**c/o Randy Wastal**<br>**4405 Manchester Avenue, #106**<br>**Encinitas, CA 92024** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Ramona Business Park**<br>**12250 El Camino Real**<br>**San Diego, CA 92130** |
| **Stephen R. Holgate**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Riverside County Trans. Comm**<br>**P. O. Box 12008**<br>**Riverside, CA 92502-2208** |
| **The Shelbran Company, Inc.**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Independence Bank**<br>**P. O. Box 9589**<br>**Newport Beach, CA 92658** |
| **The Shelbran Company, Inc.**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **Riverside County Trans. Comm**<br>**P. O. Box 12008**<br>**Riverside, CA 92502-2208** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re    **Shelbran Investments, L. P.**                     Case No.    **3:10-bk-10937**

                               Debtor(s)          Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **19**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 14, 2011**                Signature    **/s/ Stephen R. Holgate**

                                                      **Stephen R. Holgate**

                                                      **Agent**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Shelbran Investments, L. P.**
                  Debtor(s)

Case No.   **3:10-bk-10937**
Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$708,000.90** | **2010 $708,000.90 year to petition date** |
| **$6,778,000.00** | **2007 Gross Income $6,778,000.00** |
| **$3,291,810.25** | **2008 Gross Income $3,291,810.25** |
| **$1,814,000.00** | **2009 Gross Income $1,814,000.00** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit 3A** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Riverside County Transportation Commission v. Stephen R. Holgate, Shelbran Investments, L.P. and The Shelbran Company, Inc.: Case RIC10016058** | **alleged breach of contract- Filed August 11, 2010** | **Riverside Superior Court Riverside, CA** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Brennan, Manna & Diamond, PL**<br>**800 W. Monroe Street**<br>**Jacksonville, FL 32202** | **December 2010** | **$25,000** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER      DESCRIPTION AND VALUE OF PROPERTY     LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS      NAME USED      DATES OF OCCUPANCY
**1590 Shelbran Ct.**      **same**      **Prior to March 20, 2009**
**San Jacinto, CA 92582**

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS     NAME AND ADDRESS OF GOVERNMENTAL UNIT     DATE OF NOTICE     ENVIRONMENTAL LAW

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS     NAME AND ADDRESS OF GOVERNMENTAL UNIT     DATE OF NOTICE     ENVIRONMENTAL LAW

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT     DOCKET NUMBER     STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Esperanza in Anza, LLC** | 30-0291382 | **12871 South Highway 475 Ocala, FL 34480** | **Real Estate Development** | **1/21/2005 to present** |
| **Bella Lago 165, LLC** | 87-0756162 | **44502 Manchester Avenue Suite 106 Encinitas, CA 92024** | **Real Estate Development** | **October 2005 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                             ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Accurate Business Services P. O. Box 1481 Temecula, CA 92593-1481** | **Since 2003** |
| **Weiss and Company Kenneth Weiss 5151 Shorne Place, #210 San Diego, CA 92122** | **Since 2003** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                             ADDRESS                          DATES SERVICES RENDERED

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Stephen R. Holgate** | **12871 South Highway 475**<br>**Ocala, FL 34480** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of Hemet**<br>**P. O. Box 20109**<br>**Riverside, CA 92516-0109** | **April 2010** |
| **Independence Bank**<br>**P. O. Box 9589**<br>**Newport Beach, CA 92658** | **December 2009 or January 2010** |

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Holgate Family Trust (see below)**<br>**12871 South Hwy. 475**<br>**Ocala, FL 34480** | **Limited Partnership** | **100% held by "The Stephen R. Holgate and Karen L. Holgate Family Trust, Date March 30, 2004"** |
| **The Shelbran Company, Inc.**<br>**12871 South Highway 475**<br>**Ocala, FL 34480** | **General Partner** | |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **January 14, 2011**      Signature **/s/ Stephen R. Holgate**

**Stephen R. Holgate**
**Agent**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EXHIBIT 3A

# Shelbran Investments, LP
## General Ledger
### As of December 31, 2010

| | Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Wells Fargo Bank** | | | | | | | |
| | Check | 12/07/2010 | 1954 | Wells Fargo | Deposit | Alarion Bank # 30000434 | 1,000.00 |
| Total Wells Fargo Bank | | | | | | | 1,000.00 |
| **Citizens Bank** | | | | | | | |
| | General Journal | 10/07/2010 | 1594 | Florida Citizen's Bank | Deposit into account | Partnership Draw - Holgate | 100.00 |
| | General Journal | 10/22/2010 | 1584 | Joshua Miller | 10/2010 Rent | -SPLIT- | 250.00 |
| | General Journal | 10/22/2010 | 1584 | Dave Hutchinson | 10/2010 Rent | Citizens Bank | 450.00 |
| | General Journal | 11/19/2010 | 1588 | Dave Hutchinson | 11/2010 Rent:Money Order | -SPLIT- | 450.00 |
| | General Journal | 11/19/2010 | 1588 | Joshua Miller | 11/2010 Rent:Money Order | Citizens Bank | 250.00 |
| | Check | 11/30/2010 | | | Service Charge | Bank Service Charges | -10.00 |
| | General Journal | 12/22/2010 | 1595 | Dave Hutchinson | 12/10 Rent:Money Order | Bumstead Property | 450.00 |
| Total Citizens Bank | | | | | | | 1,940.00 |
| **Alarion Bank # 30000434** | | | | | | | |
| | Check | 10/07/2010 | 1905 | Federal Express | FedEx to Farm | Postage and Delivery | -52.49 |
| | Check | 10/08/2010 | 1906 | Allied Insurance | # 922273651 | Insurance | -121.17 |
| | General Journal | 10/08/2010 | 1582 | Shelbran Farms, LLC | deposited in error 9/30/10 from farm | Partnership Draw - Holgate | -10,000.00 |
| | Check | 10/08/2010 | 1907 | Brian Weatherly | I# 2204 | -SPLIT- | -325.00 |
| | Check | 10/08/2010 | 1908 | Southern CA Edison Company | Customer Acct # 2-30-063-1223 | -SPLIT- | -750.00 |
| | Check | 10/08/2010 | 1909 | Southern CA Gas Company | Refer to Accounts Paid Below | -SPLIT- | -37.10 |
| | Check | 10/08/2010 | 1910 | Mountain View Pool Service | Refer to invoices paid below | -SPLIT- | -180.00 |
| | Check | 10/08/2010 | 1911 | Verizon | Refer to accounts paid below | -SPLIT- | -244.18 |
| | Check | 10/08/2010 | 1912 | Accurate Business Services | I# 2010-1025 | -SPLIT- | -1,660.00 |
| | Check | 10/14/2010 | 1913 | Ross Miller Secretary of State | Dissolution of 2 Entities-See below | -SPLIT- | -200.00 |
| | Check | 10/14/2010 | 1914 | Postal Annex | FedEx to Farm-Del. 10/15/2010 | Postage and Delivery | -35.00 |
| | Check | 10/21/2010 | 1915 | Postal Annex | FedEx to Farm-Delivery 10/22 | Postage and Delivery | -35.00 |
| | Check | 10/22/2010 | 1916 | AT & T | # 337011474768 | Telephone | -112.08 |
| | Check | 10/22/2010 | 1917 | State Farm Insurance Companies | Acct # 1073-2541-23 | -SPLIT- | -279.92 |
| | Check | 10/22/2010 | 1918 | Southern CA Edison Company | Refer to accounts paid below | -SPLIT- | -627.13 |
| | Check | 10/22/2010 | 1919 | Eastern Municipal Water District | Refer to account #'s paid below | -SPLIT- | -493.37 |
| | Check | 10/22/2010 | 1920 | Jerry Ellison | September 2010 | -SPLIT- | -244.21 |
| | General Journal | 10/27/2010 | 1585 | Shelbran Farms, LLC | Transfer from Farm | Partnership Draw - Holgate | 3,000.00 |
| | Check | 10/28/2010 | 1921 | Alarion Bank | CL#801200097 | -SPLIT- | -17,976.65 |
| | Check | 10/28/2010 | 1922 | Postal Annex | FedEx to farm/Del. 10/29 | Postage and Delivery | -90.00 |
| | General Journal | 10/29/2010 | 1586 | Steve Holgate | transfer error per Steve | Steve Holgate (PP) | 18,000.00 |
| | Check | 10/31/2010 | 1923 | Randy Flores | Invoice # 1111 - October | -SPLIT- | -600.00 |
| | Check | 10/31/2010 | 1924 | Mountain View Pool Service | I# 5872; and 5873 | -SPLIT- | -180.00 |
| | Check | 10/31/2010 | 1925 | Southern CA Gas Company | # 10837700938 | Utilities | -36.77 |
| | Check | 10/31/2010 | 1926 | Verizon | 951-487-8666 | Telephone | -29.18 |
| | Check | 10/31/2010 | | | Service Charge | Bank Service Charges | -35.00 |
| | Check | 11/01/2010 | 1927 | Allied Insurance | # 922273651 | -SPLIT- | -121.17 |
| | Check | 11/01/2010 | 1928 | Verizon | 951-487-1028 | Telephone | -214.41 |

# Shelbran Investments, LP
## General Ledger
### As of December 31, 2010

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 11/01/2010 | 1929 | Southern CA Gas Company | # 150 386 1828 4 | -SPLIT- | -8.31 |
| Check | 11/04/2010 | 1930 | Postal Annex | FedEx to Farm | Postage and Delivery | -44.51 |
| Check | 11/10/2010 | 1931 | Southern CA Edison Company | # 2-30-063-1223 | -SPLIT- | -750.00 |
| Check | 11/10/2010 | 1932 | Postal Annex | Fedex to Farm del 11/12/10 | Postage and Delivery | -44.51 |
| Check | 11/12/2010 | 1933 | Accurate Business Services | I# 2010-1028 | -SPLIT- | -1,660.00 |
| Check | 11/12/2010 | 1934 | Jerry Ellison | 10/2010 | -SPLIT- | -240.20 |
| General Journal | 11/12/2010 | 1587 | Shelbran Farms, LLC | Interbank Transfer from Shelbran Farms | Partnership Draw - Holgate | 2,500.00 |
| Check | 11/17/2010 | 1935 | Postal Annex | FedEx to Farm | Postage and Delivery | -44.51 |
| Check | 11/22/2010 | 1936 | State Farm Insurance Companies | Account # 1073-2541-23 | -SPLIT- | -229.80 |
| Check | 11/22/2010 | 1937 | Southern CA Edison Company | # 2-30-063-1322 | Utilities | -59.51 |
| Check | 11/22/2010 | 1938 | Eastern Municipal Water District | Refer to account #'s paid below | -SPLIT- | -214.20 |
| Check | 11/26/2010 | 1939 | Postal Annex | FedEx to Farm | Postage and Delivery | -45.00 |
| General Journal | 11/29/2010 | 1590 | DR Horton | Termination Fee regarding Contract reg. Hazeldell ( | Ordinary | 50,000.00 |
| General Journal | 11/29/2010 | 1591 | Steve Holgate | transfer error corrected per Steve | Steve Holgate (PP) | -18,000.00 |
| Check | 11/29/2010 | 1940 | Bank of Hemet | Loan Interest Payments | -SPLIT- | -10,205.68 |
| Check | 11/29/2010 | 1941 | AT & T | 337011474768 | Telephone | -112.08 |
| Check | 11/29/2010 | 1942 | Law Office of Kent G. Snyder | Legal Service | Legal Fees | -3,026.50 |
| Check | 11/29/2010 | 1943 | R.M.I. Investigative Services | | Partnership Draw - Holgate | -3,084.00 |
| Check | 11/30/2010 | 1942 | Postal Annex | UPS overnight to Bank of Hemet | Postage and Delivery | -29.90 |
| Check | 11/30/2010 | 1945 | Independence BanK | VOID: Fee | Need Description | 0.00 |
| Check | 11/30/2010 | 1955 | Randy Flores | 11/2010 | -SPLIT- | -600.00 |
| Check | 12/01/2010 | 1946 | Postal Annex | Overnight to Independence Bank | Postage and Delivery | -29.90 |
| Check | 12/03/2010 | 1947 | Premier Home Theater and Design | Invoice dated 11/11/2010 | Maintenance/Repairs | -805.00 |
| Check | 12/03/2010 | 1948 | Allied Insurance | # 922273651 | Insurance | -111.17 |
| Check | 12/03/2010 | 1949 | Verizon | 951-487-8666 | Telephone | -29.01 |
| Check | 12/03/2010 | 1950 | Mountain View Pool Service | I# 5930; and I# 5929 | -SPLIT- | -180.00 |
| Check | 12/03/2010 | 1951 | Southern CA Gas Company | Refer to account numbers paid below | -SPLIT- | -40.28 |
| Check | 12/03/2010 | 1952 | Accurate Business Services | I# 2010-1030 | -SPLIT- | -1,175.00 |
| General Journal | 12/07/2010 | 1592 | Steve Holgate | Transfer Error per Steve | -SPLIT- | 10,000.00 |
| Check | 12/07/2010 | 1953 | | VOID: | VOID | 0.00 |
| Check | 12/07/2010 | 1954 | Wells Fargo | | Wells Fargo Bank | -1,000.00 |
| General Journal | 12/07/2010 | 1593 | Alarion Bank | 11/2010 Alarion Loan Interest Only for November | Interest Expense | -11,744.26 |
| Check | 12/09/2010 | 1956 | Verizon | 951-487-1028 | Telephone | -217.29 |
| Check | 12/10/2010 | 1957 | Jerry Ellison | 11/2010 Consulting | -SPLIT- | -113.62 |
| Check | 12/14/2010 | 1962 | Postal Annex | Postage | Postage and Delivery | -106.00 |
| Check | 12/17/2010 | 1958 | Eastern Municipal Water District | Refer to accounts paid below | -SPLIT- | -246.67 |
| Check | 12/17/2010 | 1961 | Southern CA Edison Company | Refer to accounts paid below | -SPLIT- | -884.52 |
| Check | 12/17/2010 | 1960 | Eastern Municipal Water District | # 222690-02 | Utilities | -195.97 |
| Check | 12/17/2010 | 1959 | | VOID: | VOID | 0.00 |

Total Alarion Bank # 30000434                                                                                      -6,457.23