# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

**SHELBRAN INVESTMENTS, L.P.,**

    **Debtor.**

_____/

Case No.: 3:10-bk-10937-JAF

Chapter 11

## MOTION TO APPOINT A CHAPTER 11 TRUSTEE

Secured creditor, INDEPENDENCE BANK ("Independence Bank"), pursuant to 11 U.S.C. § 1104, requests this Court enter an order appointing a chapter 11 trustee for the Debtor, SHELBRAN INVESTMENTS, L.P. (the "Debtor"), and in support states:

### PROCEDURAL BACKGROUND

1. On December 21, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor continues to operate its business and manage its affairs as a debtor-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

3. As of the date hereof, no creditors' committee has been appointed in this case. In addition, no trustee or examiner has been appointed.

### FACTUAL BACKGROUND

#### Management of the Debtor

4. The Debtor is a limited partnership created for the purpose of real estate development and investment, and has one general and one limited partner.

5. The general partner is The Shelbran Company, Inc. and the limited partner is the Holgate Family Trust.

6. Stephen Holgate ("Holgate") is the President, Secretary and Treasurer of The Shelbran Company, Inc., and his wife, Karen Holgate, serves as the Vice President.

7. One hundred percent of the stock of The Shelbran Company, Inc. is owned by the Holgate Family Trust, for which Holgate and his wife serve as trustees. *Holgate Deposition*, p. 11, ¶¶13-18 (June 3, 2011).

8. The Debtor has no employees. *Holgate Deposition*, p. 87, ¶¶14-18.

9. Despite being an officer of The Shelbran Company, Inc., Karen Holgate does not appear to have a role in the management or operations of the Debtor; therefore, for all purposes, Holgate is the sole principal of the Debtor.

### Criminal Indictment of Stephen Holgate

10. In November 2009, Holgate was indicted as part of an alleged illegal campaign contribution and money laundering scheme between developers and local politicians in San Jacinto, California. Prosecutors allege that money given by Holgate to various campaigns was intended to bribe local officials to obtain favorable entitlements, exemptions and zoning preferences for the real property owned by Holgate through the Debtor (now property of the estate). Copies of the criminal indictments were attached as exhibits to the Joinder to the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 filed by Independence Bank on June 14, 2011 [Doc. No. 104]. Additionally, attached hereto as Exhibit "A" is the Warrant Affidavit of Kim Robinson, an investigator with the Riverside County District Attorney's Office, which describes many of the key facts supporting and leading to the indictment of Holgate and the other defendants.

11. Currently, Holgate is being charged with thirty-one (31) felonies and seventy-one (71) misdemeanors.

12. On June 23, 2011, a California newspaper reported that Jim Ayres, a former San Jacinto city councilman and economic development agency project manager, and co-defendant of Holgate, pled guilty to felony conspiracy, bribery and conflict of interest charges, along with misdemeanor illegal contribution and money laundering charges. A copy of the newspaper article is attached hereto as Exhibit "B". The undersigned is in the process of obtaining certified copies of the court documents evidencing the above-facts.

13. Holgate is charged with many of the same counts to which Ayers pled guilty, including, but not limited to, felony conspiracy and bribery.

14. The article indicates that plea bargain offers have been extended to the other defendants, including Holgate.

## **LEGAL STANDARD**

15. The appointment of a trustee is an extraordinary remedy that must be supported by clear and convincing evidence. In re Tyler, 18 B.R. 574, 577 (Bankr. M.D. Fla. 1982). In addition, the legislative history of 11 U.S.C. § 1104 reflects a decided preference for leaving a debtor in possession in place. In re Blue Stone Real Estate, Constr. & Dev. Corp., 392 B.R. 897, 904-905 (Bankr. M.D. Fla. 2008).

16. However, "in the appropriate case, the appointment of a trustee is a power which is critical for the Court to exercise in order to preserve the integrity of the bankruptcy process and to insure that the interests of creditors are served." In re SunCruz Casinos, LLC, 298 B.R. 821, 828 (Bankr. S.D. Fla. 2003) (citing In re Matter of Intercat, Inc., 247 B.R. 911, 920 (Bankr. S.D. Ga. 2000).

17. 11 U.S.C. §1104(a) sets forth two alternative grounds for the appointment of a Chapter 11 Trustee.[1] Id.

18. Subsection (a)(1) provides that the court "shall" order the appointment of a trustee for cause, including, without limitation, fraud, dishonesty, incompetence or gross mismanagement of the affairs of the debtor by current management. 11 U.S.C. § 1104(a)(1). This list is not exhaustive, and determinations of cause are within the discretion of the court. In re Bellevue Place Assoc., 171 B.R. 615, 623 (Bankr. N.D. Ill. 1994).

19. "Once the court finds that cause exists under §1104(a)(1), there is no discretion; an independent trustee must be appointed." SunCruz Casinos, 298 B.R. at 828-829.

20. As an alternative grounds for appointment of a trustee, subsection (a)(2) requires such appointment if it is in the best interests of creditors and other interests of the estate. 11 U.S.C. § 1104(a)(2). The court has wide discretion pursuant to the flexible standard set forth in subsection (a)(2), which provides for appointment of a trustee even when no "cause" exists. Id.; In re Ionosphere Clubs, Inc., 113 B.R. 164, 168 (Bankr. S.D.N.Y. 1990).

21. In determining whether to appoint a trustee pursuant to § 1104(a)(2), courts have considered the following factors: (i) the trustworthiness of the debtor; (ii) the debtor in possession's past and present performance and prospects for the debtor's rehabilitation; (iii) the confidence – or lack thereof – of the business community and of the creditors in present

---

[1] 11 U.S.C. §1104(a) provides in pertinent part:

(a) At any time after the commencement of the case but before confirmation of a plan, on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee –

  (1) for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of the case, or similar cause…; or

  (2) if such appointment is in the interests of creditors, any equity security holders, and other interests of the estate, without regard to the number of holders of securities of the debtor or the amount of assets or liabilities of the debtor.

4

management; and (iv) the benefits derived by the appointment of a trustee, balanced against the cost of appointment. Ionosphere, 113 B.R. at 168.

**RELIEF REQUESTED**

22. Based upon the facts as outlined above, Independence Bank requests that a trustee be appointed pursuant to both prongs of 11 U.S.C. § 1104(a).

23. Independence Bank contends that the criminal charges against Holgate, which include conspiracy, bribery and illegal campaign contributions, in combination with the recent guilty plea of Holgate's co-defendant on many of the same charges, show a pattern of dishonesty and gross mismanagement of the affairs of the Debtor by Holgate before the commencement of the case, and provide clear and convincing evidence that cause exists to appoint a chapter 11 trustee under 11 U.S.C. § 1104(a)(1).

24. However, should the Court determine that there is not cause, then a trustee should be appointed pursuant to 11 U.S.C. § 1104(a)(2) as such appointment is in the interests of creditors and the estate.

25. Many of the factors courts consider in deciding whether a trustee should be appointed under subsection (a)(2) are implicated in this case, including:

> (a) The trustworthiness of Holgate, as the sole principal of the Debtor, has been called into question by virtue of the numerous criminal charges pending against him in California.
>
> (b) The Debtor is not presently performing in terms of generating income (without regard to the recent influx of cash due to the questionable and/or improper contributions/loans from Holgate to the Debtor as discussed in the United States Trustee's Motion to Dismiss or Convert Case to Chapter

7 [Doc. No. 99] and Objection to Debtor's Amended Motion to Obtain Unsecured Credit [Doc. No. 129]), and the prospect of a successful reorganization is unlikely.

(c) There is a lack of confidence of the business community in San Jacinto, California and creditors in the present management of the Debtor by Holgate.

(d) The recent guilty plea of Holgate's co-defendant, and the possibility of an impending guilty plea by Holgate or his conviction on the charges against him, has become of immediate and grave concern for creditors. Given the uncertain future of Holgate, as the sole principal of the Debtor, the benefits derived by the appointment of a trustee would outweigh the cost of appointment.

26. Based on the foregoing, pursuant to 11 U.S.C. § 1104(a)(1) and (a)(2), Independence Bank requests the court appoint a chapter 11 trustee.

WHEREFORE, Independence Bank respectfully requests this Court enter an Order appointing a chapter 11 trustee, and for any such other and further relief as this Court deems necessary and appropriate.

DATED: July 7, 2011　　　　　　　　　　　　**POLIS & ASSOCIATES, APLC**

　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Polis
　　　　　　　　　　　　　　　　　　　　　THOMAS J. POLIS, ESQ.
　　　　　　　　　　　　　　　　　　　　　California Bar No.: 119326
　　　　　　　　　　　　　　　　　　　　　tom@polis-law.com
　　　　　　　　　　　　　　　　　　　　　19800 MacArthur Boulevard, Suite 1000
　　　　　　　　　　　　　　　　　　　　　Irvine, California 92612-2433
　　　　　　　　　　　　　　　　　　　　　Telephone:　(949) 862-0040
　　　　　　　　　　　　　　　　　　　　　Facsimile: (949) 862-0041

　　　　　　　　　　　　　　　　　　　　　*Counsel for Independence Bank*

-and-

**GRAY ROBINSON, P.A.**

/s/ Jason B. Burnett
JASON B. BURNETT, ESQ.
Florida Bar No.: 822663
jason.burnett@gray-robinson.com
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109

*Local Counsel for Independence Bank*

## CERTIFICATE OF SERVICE

I, HEREBY certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically via this Court's CM/ECF system, this 7th day of July 2011 to: United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; Debtor, Shelbran Investments, L.P., 12871 South Highway 475, Ocala, Florida 34480; Debtor's Attorney, Robert D. Wilcox, Esq., Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, Florida 32202; and to all creditors on the attached matrix.

/s/ Jason B. Burnett, Esq.
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-10937-JAF<br>Middle District of Florida<br>Jacksonville<br>Thu Jul  7 13:31:08 EDT 2011 | Alarion Bank<br>C/O Karen K. Specie<br>SPECIE LAW FIRM, LLC<br>P. O. Box 358318<br>Gainesville, FL 32635-8318 | Encore Income Fund, LLC<br>c/o Jason B. Burnett<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| GrayRobinson, P.A.<br>50 North Laura Street<br>Suite 1100<br>Jacksonville, Fl 32202-3611 | Odell Income Fund, LP<br>c/o Jason B. Burnett<br>GrayRobinson,P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, Fl 32202-3611 | Ramona Business Park<br>c/o Zachary J. Bancroft<br>P.O. Box 2809<br>Orlando, FL 32802-2809 |
| Riverside County Transportation Commission<br>Hinshaw & Culbertson<br>One East Broward Blvd.<br>Suite 1010<br>Fort Lauderdale, fl 33301-1866 | Shelbran Investments, L. P.<br>12871 South Highway 475<br>Ocala, FL 34480-8503 | The Bank of Hemet<br>c/o Mitarni, Rynor, Adamsky & Toland PA<br>2400 N Commerce Parkway<br>Suite 302<br>Weston, Fl 33326-3253 |
| ALARION BANK<br>C/O Karen K. Specie, Esq.<br>Specie Law Firm, LLC<br>P. O. Box 358318<br>Gainesville, FL  32635-8318 | AT&T<br>P. O. Box 6017<br>Los Angeles, CA 90055-1017 | Accurate Business Services<br>P. O. Box 1481<br>Temecula, CA 92593-1481 |
| Alarion Bank<br>2510 SE Maricamp Road<br>Ocala, FL 34471-5538 | Allied Insurance<br>P. O. Box 51540<br>Los Angeles, CA 90051-5840 | BAC Home Loans Servicing, LP<br>Bk. Dept., Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 |
| BAC Home Loans Servicing, LP<br>c/o Prober & Raphael,  A Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | BAC Home Loans Servicing, LP<br>c/o Roy Diaz<br>PO Box 11438<br>Fort Lauderdale,  FL  33339-1438 | Bank of America<br>P. O. Box 5170<br>Simi Valley, CA 93062-5170 |
| Bank of Hemet<br>P. O. Box 20109<br>Riverside, CA 92516-0109 | Blaine Worner Civil Engineer<br>41555 E. Florida Avenue, #G<br>Hemet, CA 92544-4995 | Eastern Municpal Water Dist<br>P. O. Box 8301<br>Perris, CA 92572-8301 |
| Encore Income Fund<br>c/o Randy Wastal<br>4405 Manchester Avenue, #106<br>Encinitas, CA 92024-4940 | Encore Income Fund, LLC<br>c/o Jason Burnett<br>50 North Laura Street, Ste 1100<br>Jacksonville, FL 32202-3611 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Independence Bank<br>P. O. Box 9589<br>Newport Beach, CA 92658-9589 | Independence Bank<br>Thomas J. Polis<br>19800 MacArthur Boulevard, Ste 1000<br>Irvine, CA 92612-2433 | Independence Bank<br>c/o Jason B. Burnett<br>50 North Laura Street, Suite 1100<br>Jacksonville, Florida 32202-3611 |
| Independence Bank<br>c/o Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, California  92612-2433 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Law Office of Kent G. Snyder<br>2212 Dupont Drive, #B<br>Irvine, CA 92612-1551 |

| | | |
|---|---|---|
| Lucky Warrior Farm & Ranch<br>Charles Underbrink<br>13009 S. Highway 475<br>Ocala, FL 34480-8503 | Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 | Mountain View Pool Service<br>P. O. Box 1893<br>San Jacinto, CA 92581-1893 |
| Nadel Studio One Inc.<br>1990 S. Bundy Drive<br>Los Angeles, cA 90025-5243 | Nadel Studio One, Inc.<br>4435 Eastgate Mall, #100<br>San Diego, CA 92121-1980 | Odell Income Fund<br>c/o Jason Burnett<br>50 North Laura Street, Ste 1100<br>Jacksonville, FL 32202-3611 |
| Odell Income Fund<br>c/o Randy Wastal<br>4405 Manchester Avenue, #106<br>Encinitas, CA 92024-4940 | Ramona Business Park<br>12250 El Camino Real<br>San Diego, CA 92130-3076 | Ramona Business Park LLC<br>c/o L. William Porter III as<br>Additional Counsel of Record<br>P.O. Box 2809<br>Orlando FL 32802-2809 |
| Ramona Business Park LLC<br>c/o Zachary J. Bancroft, Esq.<br>P.O. Box 2809<br>Orlando FL 32802-2809 | Randy Flores<br>3040 Vista Way<br>Hemet, CA 92544-4959 | Riverside County Transportation Commission<br>P.O. Box 12008<br>Riverside, CA 92502-2208 |
| Rutan & Tucker, LLP<br>611 Anton Blvd, 14th Floor<br>Costa Mesa, CA 92626-7681 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Southern California Edison<br>P. O. Box 600<br>Rosemead, CA 91771-0001 |
| Southern California Edison Company<br>Attn: Credit and Payment Services<br>300 N. Lone Hill Ave<br>San Dimas, CA 91773-1741 | Southern California Gas Co.<br>Box C<br>Monterey Park, CA 91756-0001 | State Farm Insurance<br>Insurance Support Center<br>P. O. Box 680001<br>Dallas, TX 75368-0001 |
| The Bank of Hemet<br>3715 Sunnyside Drive<br>Riverside, CA 92506-2418 | The Bank of Hemet<br>c/o Howard S. Toland<br>2400 North Commerce Parkway-Suite 302<br>Weston, FL 33326-3253 | Tutan & Tucker, LLP<br>611 Anton Blvd., 14th Floor<br>Costa Mesa, CA 92626-7681 |
| U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-3235 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Verizon<br>404 Brock Dr<br>Bloomington, IL 61701-2654 |
| Verizon<br>P. O. Box 9688<br>Mission Hills, CA 91346-9688 | Weiss and Company<br>Kenneth Weiss<br>5151 Shorne Place, #210<br>San Diego, CA 92122 | Zachary J Bancroft +<br>Post Office Box 2809<br>Orlando, FL 32802-2809 |
| Karen K Specie +<br>Specie Law Firm, LLC<br>PO Box 358318<br>Gainesville, FL 32635-8318 | Charles M Tatelbaum +<br>Hinshaw & Culbertson LLP<br>One E Broward Blvd., Ste 1010<br>Fort Lauderdale, FL 33301-1866 | Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |

| United States Trustee - JAX 11 + | L William Porter III+ | Robert D Wilcox + |
| --- | --- | --- |
| 135 W Central Blvd, Suite 620 | Lowndes Drosdick Doster Kantor & Reed PA | Brennan, Manna & Diamond, PL |
| Orlando, FL 32801-2440 | Post Office Box 2809 | 800 W. Monroe Street |
| | Orlando, FL 32802-2809 | Jacksonville, FL 32202-4836 |

| Howard S. Toland + | Jill E Kelso + | Thomas J Polis + |
| --- | --- | --- |
| Mitrani, Rynor, Adamsky & Toland, PA | United States Trustee | Polis & Associates APLC |
| 2400 North Commerce Parkway, Suite 302 | 135 West Central Boulevard Suite 620 | 19800 MacArthur Boulevard |
| Weston, FL 33326-3253 | Orlando, FL 32801-2440 | Suite 1000 |
| | | Irvine, CA 92612-2433 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| (u)Jerry A. Funk | (u)Independence Bank | End of Label Matrix | |
| --- | --- | --- | --- |
| Jacksonville | | Mailable recipients | 65 |
| | | Bypassed recipients | 2 |
| | | Total | 67 |