UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

SHELBRAN INVESTMENTS, L.P.,

Case No.: 3:10-bk-10937-JAF

Chapter 11

Debtor.

_____/

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND GRANTING ADEQUATE PROTECTION

THIS CASE came before the Court upon the Motion for Relief from the Automatic Stay (the "Motion") [Doc. No. 119] filed by ODELL INCOME FUND, L.P. ("Odell"). The Court held a preliminary hearing on July 18, 2011, and based upon the agreement of the parties, it is:

**ORDERED:**

1. The Motion is DENIED conditioned on the Debtor's compliance with the terms of this Order.

2. SHELBRAN INVESTMENTS, L.P. (the "Debtor") shall make adequate protection payments to Odell in the amount of $4,166.66 per month, beginning on July 25, 2011, and continuing on the twenty-fifth (25th) day of each month thereafter, until confirmation of a plan of reorganization.

3. The Debtor shall be in default under this Order if the Debtor fails to make any monthly adequate protection payment not excused by Court order and the Debtor does not cure such default within fifteen (15) days.

4. An order lifting the stay may be entered without further hearing after Odell files an affidavit of default, a copy of which must be served on Debtor's attorney.

**DATED** this ∂1 day of July, 2011, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Debtor: Shelbran Investments, L.P., 12871 South Highway 475, Ocala, Florida 34480;

Debtor's Counsel: Robert D. Wilcox, Esq., Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, Florida 32202;

United States Trustee: 135 W. Central Blvd., Suite 620, Orlando, FL 32801

Odell Income Fund, L.P., c/o Jason B. Burnett, Esq., GrayRobinson, P.A., 50 N. Laura St., Suite 1100, Jacksonville, FL 32202