UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

SHELBRAN INVESTMENTS, L.P.,

Case No.: 3:10-bk-10937-JAF

Chapter 11

Debtor.
_____/

## ORDER GRANTING MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

THIS CASE came before the Court upon the Motion for Relief from the Automatic Stay (the "Motion") [Doc. No. 34] filed by INDEPENDENCE BANK. The Court held an evidentiary hearing on July 29, 2011, and based upon the consent of the Debtor to the relief requested, it is:

**ORDERED:**

1. The Motion is GRANTED, in part.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Independence Bank, and Independence Bank may proceed with the foreclosure of the its lien on the 34.5 acres located in San Jacinto, Riverside County, California (collectively, "Parcel 1"), and more particularly described as:

> PARCELS 2, 3, 4, 5, 6 AND 7 OF PARCEL MAP NO. 31281 ON FILE IN BOOK 209 PAGES 3 THROUGH 7 INCLUSIVE OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.
>
> APN: 430-130-057-7 and 430-130-058-8 and 430-130-059-9 and 430-130-060-9 and 430-130-061-0 and 430-130-062-1

3. This Order is entered for the sole purpose of allowing Independence Bank to obtain an *in rem* judgment against the property and Independence Bank shall not seek an *in*

*personam* judgment against the Debtor.

DATED this 4 day of August, 2011, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Debtor: Shelbran Investments, L.P., 12871 South Highway 475, Ocala, Florida 34480;

Debtor's Counsel: Robert D. Wilcox, Esq., Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, Florida 32202;

United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801;

Independence Bank, c/o Thomas J. Polis, Esq., Polis & Associates, APLC, 19800 MacArthur Blvd, Suite 1000, Irvine, California 92612 and Jason B. Burnett, Esq., GrayRobinson, P.A., 50 North Laura St., Suite 1100, Jacksonville, Florida 32202.