UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

SHELBRAN INVESTMENTS, L.P.,

Case No.: 3:10-bk-10937-JAF

Chapter 11

Debtor.
_____/

## ORDER CONTINUING HEARING ON INDEPENDENCE BANK'S MOTION TO DISMISS OR CONVERT BANKRUPTCY CASE

THIS CASE came before the Court upon the Motion to Dismiss or Convert Bankruptcy Case (the "Motion") [Doc. No. 135] filed by INDEPENDENCE BANK. Based upon the agreement of the parties, it is:

**ORDERED:**

1. The evidentiary hearing on the Motion is continued to **August 23, 2011 at 10:00 a.m.**, 4th Floor, Courtroom D, 300 North Hogan Street, Jacksonville, Florida.

DATED this 4 day of August, 2011, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Debtor: Shelbran Investments, L.P., 12871 South Highway 475, Ocala, Florida 34480;

Debtor's Counsel: Robert D. Wilcox, Esq., Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, Florida 32202;

United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801;

Independence Bank, c/o Thomas J. Polis, Esq., Polis & Associates, APLC, 19800 MacArthur Blvd, Suite 1000, Irvine, California 92612 and Jason B. Burnett, Esq., GrayRobinson, P.A., 50 North Laura St., Suite 1100, Jacksonville, Florida 32202.

# 476041 v1