UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

| | | |
|---|---|---|
| **Shelbran Investments, L. P.** | ) | **Case No.: 3:10-bk-10937-JAF** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

## APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee in this case, the United States Trustee for Region 21 appoints the following person as Chapter 11 Trustee:

>Aaron R. Cohen
>2063 Oak Street
>Jacksonville, FL 32204-4435
>Telephone Number: (904) 389-7277
>E-mail address: acohen60@bellsouth.net

The bond of the chapter 11 trustee will initially be set at $463,500. This bond is subject to increase at the direction of the United States Trustee, or upon motion of any party in interest including the Debtor and the entry of an order increasing the amount of the bond.

This appointment is made on Aug 16, 2011.

>DONALD F. WALTON
>United States Trustee, Region 21
>
>  /s/  Charles R. Sterbach
>Charles R. Sterbach, Asst. U.S. Trustee
>United States Department of Justice
>Office of the United States Trustee
>Arizona Bar No.: 009315
>135 W. Central Blvd., Suite 620
>Orlando, FL 32801
>Telephone No.: (407) 648-6301, Ext. 121
>Facsimile No.: (407) 648-6323
>charles.r.sterbach@usdoj.gov