UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

| | |
|---|---|
| **Shelbran Investments, L. P.** ) | **Case No.: 3:10-bk-10937-JAF** |
| ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |
| _____ ) | |

### UNITED STATES TRUSTEE'S APPLICATION FOR APPROVAL OF APPOINTMENT OF CHAPTER 11 TRUSTEE

COMES NOW, Donald F. Walton, United States Trustee for Region 21, by and through his undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 2007.1(c), and applies to this Court for approval of the appointment of Aaron R. Cohen, as Chapter 11 Trustee in this case.

In support of approval, the United States Trustee states as follows:

1. The United States Trustee has selected Aaron R. Cohen, whose business address is 2063 Oak Street, Jacksonville, FL 32204-4435, Telephone No.: 904-389-7277, e-mail address: acohen60@bellsouth.net, for appointment as Chapter 11 Trustee in this case.

2. Prior to making the appointment, the United States Trustee, and/or his designee, consulted with the following parties in interest and/or advised them of the proposed appointment: Robert D. Wilcox, (counsel for Debtor) Jason Burnett, Esq. and Thomas J. Polis, Esq. (counsel for Independence Bank), Kevin Day, Esq. (counsel for Riverside County Transportation Commission), and Karen Specie, Esq. (counsel for Alarion Bank). No other parties were consulted.

3. To the best of the United States Trustee's knowledge, the appointed Chapter 11 Trustee has no connections with the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, and/or persons employed by the United States Trustee, except those connections set forth in the attached verified statement of Aaron R. Cohen in addition to his connections as a chapter 7 panel trustee.

WHEREFORE, the United States Trustee respectfully applies to the court for approval of the appointment of Aaron R. Cohen, as Chapter 11 Trustee in this case.

DATED: August 16, 2011.

DONALD F. WALTON
United States Trustee, Region 21

  /s/  Elena L. Escamilla
Elena L. Escamilla, Trial Attorney
Jill Ellen Kelso, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 898414
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 127
Facsimile No.: (407) 648-6323
Elena.L.Escamilla@usdoj.gov