UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:10-bk-10937 (JAF)
         Chapter 11
SHELBRAN INVESTMENTS, L.P.,

    Debtor.

**MOTION OF DEBTOR-IN-POSSESSION, WITH CONSENT OF THE UNITED STATES TRUSTEE AND INDEPENDENCE BANK, TO CONTINUE EVIDENTIARY HEARINGS SCHEDULED FOR 10:00 A.M. ON AUGUST 23, 2011**
(Related Docket Nos. 99, 135)

Come Now, Shelbran Investments, L.P., debtor and debtor-in-possession (the "Debtor") with this motion to continue the evidentiary hearings currently scheduled for 10:00 a.m. on August 23, 2011 (the "Evidentiary Hearings") upon the United States Trustee's *Motion to Dismiss or Convert Case* (Doc. No. 99) and Independence Bank's *Motion To Dismiss Case* (Docket No. 135, the "Motion"). In addition, there are various Joinders to those motions (Doc. Nos. 104, 107, 114 and 115).

**JURISDICTION AND STATUTORY PREDICATE**

1. On December 21, 2010 (the "Petition Date"), the Debtor filed a petition for reorganization under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). As of this filing, the Debtor is in retention and possession of its properties and businesses as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code and orders of this Court.

2. On August 4, 2011, the Court entered an *Order Granting Motion to Appoint a Chapter 11 Trustee* (Doc. No. 167).

3. On August 16, 2011, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* (Doc. No. 174) and an *Application for Approval of Appointment of Chapter 11 Trustee* (Doc. No. 175) seeking the appointment of Aaron R. Cohen as Chapter 11 Trustee.

1

4. As of this filing, Mr. Cohen has not been appointed by the Court.

5. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

## RELIEF REQUESTED

6. Debtor requests a continuance of the evidentiary hearings set for August 23, 2011. The trustee has not yet been appointed, but a proposed order appointing him has been submitted and it appears likely that he will be appointed prior to the hearing. The Debtor still has a duty to its creditors, and suggests, consistent with that duty, that Mr. Cohen's role as trustee would be compromised if the hearings are not continued. Even if he is appointed today, Mr. Cohen will not have more than a few days to prepare for the hearings. These are case-dispositive motions, and the Debtor suggests that it is appropriate and fair that the trustee have a reasonable opportunity to evaluate the motions and prepare for the hearings.

## CONSENT OF THE UNITED STATES TRUSTEE

7. The undersigned has conferred with Elena Escamilla, Esq., counsel for the United States Trustee and has been informed that the United States Trustee consents to the continuance sought herein, with the recommendation that the order granting the relief provide that the motions set for hearing be set for rescheduled hearing upon the request of any party.

## CONSENT OF INDEPENDENCE BANK

8. Debtor has conferred with Jason B. Burnett, Esq., counsel for Independence Bank and has been informed that it consents to the relief sought herein.

**WHEREFORE,** Debtor, Shelban Investments, L.P., seeks the entry of an order

rescheduling the evidentiary hearings for 10:00 a.m. on August 23, 2011 to such date and time as the Court may determine.

Dated: August 18, 2011

BRENNAN, MANNA & DIAMOND, PL

/s/ ***Robert Wilcox***
Robert D. Wilcox
Florida Bar No. 755168
Emily M. Friend
Florida Bar No. 0073042
800 West Monroe St.
Jacksonville, Florida 32202
Telephone: 904-366-1500
Facsimile: 904-366-1501
Email: rdwilcox@bmdpl.com

ATTORNEYS FOR THE DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2011 I filed the foregoing Motion through the CM/ECF, which will cause a copy to be served upon Jill Kelso, Esq., and Elena Escamilla, Esq. Office of the United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801, and Jason B. Burnett, Esq., GrayRobinson, P.A., 50 North Laura Street, Suite 1100, Jacksonville, Florida 32202 counsel for Independence Bank, and all parties who have appeared and consented to such service, Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32202, and via email to acohen60@bellsouth.net.

/s/ ***Robert Wilcox***
Robert D. Wilcox