UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

SHELBRAN INVESTMENTS, L.P.,

Debtor.

Case No.: 3:10-bk-10937 (JAF)

Chapter 11

## ORDER GRANTING MOTION OF DEBTOR-IN-POSSESSION, WITH CONSENT OF THE UNITED STATES TRUSTEE AND INDEPENDENCE BANK, TO CONTINUE EVIDENTIARYHEARINGS SCHEDULED FOR 10:00 A.M. ON AUGUST 23, 2011

This cause having come before the Court on the Debtor-in-Possession's Motion, with Consent of the United States Trustee and Independence Bank, to Continue the Evidentiary Hearings scheduled in this case for August 23, 2011 on the United States Trustee's *Motion to Dismiss or Convert Case* (Doc. No. 99) and Independence Bank's *Motion To Dismiss Case* (Docket No. 135), and good cause having been shown and the United States Trustee and Independence Bank having consented to the Debtor-in-Possession's Motion, it is

ORDERED:

1. The Debtor-in-Possession's Motion is granted.

2. The hearings on the on the United States Trustee's *Motion to Dismiss or Convert Case* (Doc. No. 99) and Independence Bank's *Motion To Dismiss Case* (Docket No. 135) are continued indefinitely and will be rescheduled upon the request of the respective movant.

**DATED** this 19 day of August, 2011 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Robert D. Wilcox, Esq., attorney for Debtor-in-possession
Jill Kelso, Esq., attorney for the United States Trustee
Elena Escamilla, Esq., attorney for the United States Trustee
Jason B. Burnett, Esq., attorney for Independence Bank