UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                        CASE NO: 3:10-bk-10937-JAF

SHELBRAN INVESTMENTS, L.P.,

      Debtor.
_____

**NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT**

The Chapter 7 trustee, Aaron R. Cohen, reports that the following check has become stale-dated. This is the second time the disbursement to the creditor has become stale-dated. The Trustee's office had contacted the attorney for the claimant in order to have the claimant deposit the estate's check.

| Claim Number | Creditor Name and Address | Claim Amount | Amount of Check | Check Number |
|---|---|---|---|---|
| 16 | Riverside County Transportation Commission<br>c/o Charles M. Tatelbaum<br>Hinshaw & Culbertson LLP<br>1 East Broward Boulevard, Suite 1010<br>Ft. Lauderdale, FL 33301 | $1,750,000 | $37,897.67 | 1028 |

Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check. A copy of this Report and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602.

DATED: March 17, 2014.

                                                /s/ Aaron R. Cohen
                                                _____
                                                Aaron R. Cohen
                                                PO Box 4218
                                                Jacksonville, FL 32201
                                                (904) 389-7277 / (904) 389-7273 fax
                                                Florida Bar No. 558230
                                                Chapter 7 Trustee

I CERTIFY that a copy of the foregoing was furnished by U.S. Mail, postage prepaid, this 17 day of March 2014 to the following: Riverside County Transportation Commission, c/o Charles M. Tatelbaum, Hinshaw & Culbertson LLP, 1 East Broward Boulevard, Suite 1010, Ft. Lauderdale, FL 33301; Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727 Tampa, FL 33602; Shelbran Investments L.P., 12871 South Highway 475, Ocala, FL 34480; and by CM/ECF electronic notice to the Office of the United States Trustee; and Robert D. Wilcox, Atty for Debtor.

/s/ Aaron R. Cohen

Aaron R. Cohen